MAXWELL E. BUBLITZ AND ADELHEID BUBLITZ, PROSE-CUTORS, v. BOROUGH OF HILLSDALE, IN THE COUNTY OF BERGEN, DEFENDANT.

Submitted October term, 1930—Decided January 23, 1931.

Before Justices PARKER, CAMPBELL and BODINE.

For the prosecutors, *Isaacs & Gunther*.

For the defendant, *Mackay & Mackay*.

PER CURIAM.

A previous application was made to Mr. Justice Parker at chambers. His conclusions appear in *Bublitz* v. *Hillsdale,* 8 *N. J. Mis. R.* 334. A further consideration of the matter by the three judges sitting in Part II lead to the same result as that expressed in those conclusions.

The writ will be denied, with costs.